[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED
8/10/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KAYLA B. LOWE,
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago

Chicago Police Department

Off. H,F Snachez, #14269

Off. A. Aguas, #8039

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:22-cv-03026
Judge Mary M. Rowland
Magistrate Judge Young B. Kim
RANDOM

Case No:_____
(To be supplied by the Clerk of this Court)

RECEIVED
JUN 09 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

__x__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Kayla B. Lowe

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: 7235 S. Kimbark Ave Chicago, IL 60619

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Off. H,F Sanchez, star #14269

           Title: Chicago police officer

           Place of Employment: Chicago Police Department

    B.    Defendant: Off. A, Aguas, star#8039

           Title: Chicago Police Officer

           Place of Employment: Chicago Police Department

    C.    Defendant: City Of Chicago

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.     Name of case and docket number: _____

    B.     Approximate date of filing lawsuit: _____

    C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.     List all defendants: _____

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.     Name of judge to whom case was assigned: _____

    G.     Basic claim made: _____

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.     Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant: The Chicago Police Department

Case: 1:22-cv-03026 Document #: 7 Filed: 08/10/22 Page 5 of 8 PageID #:31

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That on December 18, 2020 at or around 8:45pm two Chicago Police Officers H,F Sanchez #14269 and Officer A. Aguas, #8039, illegally entered the Plaintiff's buliding at 7233 S. Kimbark Ave Chicago, Illinois 60619 without a warrent or probable cause and no permission by anyone inside the residence. The officers used one of the men with them to use a Srewdriver to brake the lock on the door to allow them illegally enter the buliding, and its all on the police body cam video from 12/18/20.

Before the officers forced thire way into buliding they had been told that the men with them had tried to brake in the buliding mintue-s before, and that the three men needed to be arrested immediately but the officers Sanchez and Aguas refused to arrest the men, it to is on the police body cam video before they all illegally.

After the officers and the three men were in the buliding looking and serarching though the buliding chicago officer Sanchez and Aguas came to Plaintiff's door took Her to the second floor where the three men were, and on the false compliant for treapassing fil

4

Revised 9/2007

Case: 1:22-cv-03026 Document #: 7 Filed: 08/10/22 Page 6 of 8 PageID #:32

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

-ed Diarra Diaby, who had no right to be in the buliding, and so the officer Sanchez took Plaintiff from her apartment on the firsr floor where Plaintiff was living for more than 3 years at the time of arrest, and it's Plaintiff's address on her state of illinois ID cord. please see the body cam as they moved Plaintiff around in the buliding without a warrent or proboble cause and in-dangering the plaintlff's life and others.

The chicago police seems to be covering up what happened to Plaintiff by not allowing the Plaintlff to file a police report for what took place on 12/18/20 by refusing to this day 6/9/22 to file a police report. At the time of arrest the plaintiff was not in violation of any state or federal laws.

The Plaintiff's treapassing case in state court is still pending for going on 1½ years eventhough Plaintiff did make a jury demand at the begining of the case. The State and Court of judge Berch is trying to force Plaintiff to a bench trial over Plaintiff's objections, and after Plaintiff's paid attorney withdrew from the case on 3/25/22 under the invalid motion under case No. 2-118503401 the Plaintitt's case is 21118503401,. It should noted that the Plaintiff was arrested in 2020 and believes both case numbers are not valid. Judge Berch did not have jurisdiction over the invalid motions and is dening the Plaintiffs constitutional rights under the united States Cont. and Plaintiff's civil rights

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The Plaintiff also requesting and order by this court to allow the Plaintiff the right to file Her police report from 12/18/20 which She is being denied by the Chicago Police Department that is her right as an american citizen. Next Court date 7/11/22.

That the defendants Pay in access of $1,000,000.00 dollars for the pain and suffering mential stress along with phyical and psychological depression and Plaintiff's life is being threatened daily and Iam afraid to go outside and school.

The Plaintiff is also asking this honorable Court to appont co-unsel for Plaintiff who is on SSI and paid Chicago Trusted Attorneys 3000 dollars who filed the three fraudulent motions, and tried to forc Plaintiff to bench trial, and telling Plaintiff that it was going to cost 10.000, for her to go a jury trial.

The chicago police officers Sanchez and Aguas were acting under the color of law when they Violated Plaintiff's constitution U.S. Cont. amendments 4,5,6,and 14th.

$5\frac{1}{2}$

Case: 1:22-cv-03026 Document #: 7 Filed: 08/10/22 Page 8 of 8 PageID #:34

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

first Plaintiff request that this Court stop the State and the Court of judge Berch from forcing Plaintiff to a bench trial on june 7, 2022 without a lawyer. That the defendants pay to Plaintiff in aceess of 1,000,000 dollars for pain and suffering mential and psychological depression stress. And the police department be order to let Plaintiff file her police report from 12/18/20.

VI. The plaintiff demands that the case be tried by a jury. [X] YES [ ] NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  6  day of  9 , 20 22

Kayla B. Lowe

*Kayla Lowe*
(Signature of plaintiff or plaintiffs)

Kayla B. Lowe

(Print name)


(I.D. Number)



7235 S. Kimbark Ave Chicago, IL 60619
(Address)